UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
ALROY RICHARDS,

                       Plaintiff,

      - against -

DOCKET ALARM and MICHAEL
SANDER, or Managing Director/Owner of
Successor,

                       Defendants.
-------------------------------------------------------x

**MEMORANDUM & ORDER**
21-CV-6289 (PKC) (RMC)

PAMELA K. CHEN, United States District Judge:

     *Pro se* Plaintiff Alroy Richards filed this complaint on November 10, 2021. (Dkt. 1.) By Memorandum & Order dated December 7, 2021, the Court dismissed the complaint for failing to establish subject matter jurisdiction and gave Plaintiff leave to file an amended complaint within 30 days. (Dkt. 5.) Plaintiff requested and was granted a 30-day extension and was warned that if he failed to file an amended complaint by February 7, 2022, his complaint would be dismissed. (Dkt. 6; 01/07/2022 Docket Order.)

     That date has passed, and Plaintiff has not filed an amended complaint. Accordingly, this action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 12(h)(3). The Clerk of Court is directed to enter judgment, close this case, and send a copy of this Order to Plaintiff. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

*/s/ Pamela K. Chen*
Pamela K. Chen
United States District Judge

Dated: February 18, 2022
       Brooklyn, New York